# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2015

149468(69)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

RALPH KINNEY,
        Plaintiff-Appellant,

v

ROBERT FICANO, COUNTY OF WAYNE,
WAYNE COUNTY EMPLOYEES
RETIREMENT BOARD, and AZZAM ELDER,
        Defendants-Appellees,
and

BENNIE NAPOLEON,
        Defendant.

SC: 149468
COA: 311358
Wayne CC: 10-013323-CZ

_____/

       On order of the Court, the motion for reconsideration of this Court's September 29, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2015



Clerk

p0223